**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Reynaldo LARA–DIAZ, Defendant–Appellant.**

**No. 05–10675.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Filed March 6, 2009.

John Joseph Tuchi, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Taylor Shannon, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Reynaldo Lara–Diaz appeals from his guilty-plea conviction and 30–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lara–Diaz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

